orddismpr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 21 2002
Michael N. Milby, Clerk of Court



| | |
|---|---|
| DONALD C. JACKSON,<br>　　TDCJ-ID #220004,<br>　　　　Plaintiff,<br>v.<br><br>JOHNNY KLEVENHAGEN, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. H-99-558<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

For the reasons set out in the Court's Memorandum and Order on Dismissal signed this date, this case is DISMISSED without prejudice pursuant to 42 U.S.C. § 1997(e).

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on _March 19_, 2002.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE